# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -vs- | 2012 CR __108__ (KSH) |
| Myung-K. Ko | **ORDER OF REFERRAL** |
| Defendant(s), | |

The defendant, <u>Myung-K. Ko</u>, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

_____
United States District Judge

Dated: 2/8/12

CONSENTED TO:

_____
Defendant (Signature)

_____
Attorney for Defendant (signature)